DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| **VIRGINIA SAMUEL,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | )   Civil Action No. 2021-0237<br>) |
| **HESS CORPORATION, HESS OIL NEW YORK CORP, as successor by merger of HESS OIL VIRGIN ISLANDS CORP., LOCKHEED MARTIN CORP., GLENCORE LTD. and COSMOGONY II, INC.,** | )<br>)<br>)<br>)<br>)<br>) |
| **Defendants,** | )<br>) |

**Attorneys:**

**John-Russell Bart Pate, Esq.,**
St. Thomas, U.S.V.I.
**Korey A. Nelson, Esq.,**
**Charles Jacob Gower, Esq.,**
New Orleans, LA
**Warren T. Burns, Esq.,**
Dallas, TX
   *For Plaintiff*

**Carl A. Beckstedt, III, Esq.,**
**Michael A. Rogers, Esq.,**
St. Croix, U.S.V.I.
**Carolyn F. O'Connor, Esq.,**
**Joseph T. Hanlon, Esq.,**
Florham Park, NJ
   *For Hess Corporation and Hess Oil*
      *New York Corp..*

## MEMORANDUM OPINION AND ORDER

THIS MATTER comes before the Court on the Motion to Remand This Action to the Superior Court filed by Plaintiff Virginia Samuel ("Plaintiff") (Dkt. No. 15). None of the Defendants have filed a response to Plaintiff's Motion.

**UPON CONSIDERATION** of the Motion and the for the reasons set forth in the Court's Orders and Memorandum Opinions entered in *Brooks v. Glencore Ltd., et al.*, Case No. 1:2021-cv-0251, 2022 WL 613292 (D.V.I. Mar. 1, 2022) and *Mathurin v. Glencore Ltd*, Case No. 1:2021-cv-0176, 2022 WL 991378 (D.V.I. Mar. 31, 2022), it is hereby

**ORDERED** that the Motion to Remand (Dkt. No. 15) is **GRANTED**; and it is further

**ORDERED** that the Clerk of Court is directed to **REMAND** the above-captioned matter to the Superior Court of the Virgin Islands; and it is further

**ORDERED** that the Clerk of Court is directed to mark this case **CLOSED**.

**SO ORDERED.**

Date:  April 4, 2022                             _____/s/_____
                                                 WILMA A. LEWIS
                                                 District Judge